## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

JORDAN RARICK, individually and on behalf of all others similarly situated,

Civil Action No.:   1:20-cv-01364

Plaintiff,

v.

THE VAIL CORPORATION d/b/a VAIL RESORTS MANAGEMENT COMPANY.

Defendant.

## NOTICE OF RELATED CASES

Plaintiff Jordan Rarick hereby submits his notice of related cases and states that the cases listed below are related pursuant to D.C.COLO.LCivR 3.2, as they involve largely the same parties and, as alleged, share common facts and claims regarding the closure of Vail Resort's North American ski resorts due to the COVID-19 pandemic:

1. U.S. District Court for the Northern District of California – Case No. 4:20-cv-02463, *Hunt v. The Vail Corporation, et al.;*

2. U.S. District Court for the District of Colorado – Case No. 1:20-cv-01121, *Han v. Vail Resorts, Inc.;*

3. U.S. District Court for the District of Colorado – Case No. 1:20-cv-01134, *Faydenko v. Vail Resorts, Inc., et al.;*

4. U.S. District Court for the District of Colorado – Case No. 1:20-cv-01163, *Clarke v. The Vail Corporation;*

5. U.S. District Court for the District of Colorado – Case No 1:20-cv-00176, *McAuliffe v. The Vail Corporation.*

Dated: May 13, 2020

Respectfully submitted,

**BURSOR & FISHER, P.A**.

By:    */s/ Yeremey Krivoshey*
         Yeremey Krivoshey

Yeremey Krivoshey (CA #295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ykrivoshey@bursor.com

*Attorneys for Plaintiff*